CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 2 2008

JOHN F. CORCORAN, CLERK
BY: /s/ S. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAMSIDDIN MUHAMMAD-ABDULLAH,<br>　　Plaintiff, | Civil Action No. 7:08-cv-00327 |
| v. | **FINAL ORDER** |
| ALBEMARLE CHARLOTTESVILLE REGIONAL JAIL, KEEFE, <u>et. al.</u>,<br>　　Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 30th day of May, 2008.

/s/ James C. Turk
Senior United States District Judge